S/A-S-04
SDAL (5/13)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FILED IN OPEN COURT

MAY 09 2022

CHARLES R. DIARD, JR.
CLERK

**UNITED STATES OF AMERICA** :

**vs.** : **CR. NO. 1128 1:22CR00021-001**

**Mitchell E Gandy** :

## WAIVER OF PRELIMINARY HEARING

I recognize that I have a statutory right under Rule 32.1, Fed.R.Crim.P., to a preliminary hearing in order to determine whether there is probable cause to hold me for a revocation hearing. After consulting with counsel, I hereby voluntarily waive my statutory right to such a hearing.

_____
Probationer/Supervised Releasee

_____
Counsel or Witness

Date __5/9/22__